## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00155-DDD-SKC

WARRENDER ENTERPRISE, INC. d/b/a
LIFTED LIQUIDS, a Wisconsin corporation,

    Plaintiff,

v.

MERKABAH LABS, LLC, a Colorado limited liability company;
MERKABAH TECHNOLOGIES, LLC, a Colorado limited liability company;
RYAN PUDDY, an individual; and
RALPH L. TAYLOR III, an individual,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants Merkabah Labs, LLC, Merkabah Technologies, LLC, Ryan Puddy, and Ralph L. Taylor III (together, "Defendants"), by and through their counsel, Henry M. Baskerville and Elizabeth T. Hartsel of the law firm Fortis Law Partners LLC, and Plaintiff Warrender Enterprise Inc. d/b/a Lifted Liquids ("Plaintiff"), (together with Defendants, the "Parties") by and through their counsel Marc C. Smith, Marsha M. Piccone, and Esther H. Lee of Fox Rothschild LLP, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties' Settlement Agreement and Mutual General Release hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims against Defendants and all of the Defendants' claims against Plaintiff. The Parties further stipulate that they shall each bear their own attorney fees and respective costs arising out of this action.

117206691

DATED this 22nd day of December, 2020.

        Respectfully submitted,

        FORTIS LAW PARTNERS LLC

        *s/ Henry M. Baskerville*
        Henry M. Baskerville, Atty. Reg. #49431
        Elizabeth Hartsel, Atty. Reg. #48254
        Fortis Law Partners LLC
        1900 Wazee Street, Suite 300
        Denver, CO 80202
        Phone: (303) 295-9700
        Fax: (303) 295-9701
        hbaskerville@fortislawpartners.com
        lhartsel@fortislawpartners.com
        *Attorneys for Defendants*


        FOX ROTHSCHILD LLP

        *s/ Marc C. Smith*
        Marc C. Smith
        Fox Rothschild LLP
        321 North Clark Street, Suite 1600
        Chicago, IL 60654
        mcsmith@foxrothschild.com

        Marsha M. Piccone
        Esther H. Lee
        Fox Rothschild LLP
        1225 17th Street, Suite 2200
        Denver, CO 80202
        mpiccone@foxrothschild.com
        elee@foxrothschild.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry M. Baskerville
Elizabeth Hartsel
Fortis Law Partners LLC
1900 Wazee Street, Suite 300
Denver, CO 80202
hbaskerville@fortislawpartners.com
lhartsel@fortislawpartners.com

*Attorneys for Defendants*

                *s/ Linda Casanova*
                Linda Casanova